

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2025

No. 04-24-00176-CR

**EX PARTE** Misael **MORENO MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13213CR
Honorable Molly Francis, Judge Presiding

**ORDER**

Sitting:    Adrian Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, we **DISMISS** Misael Moreno Martinez's appeal.

It is so **ORDERED** on September 17, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court